# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN DOE<br><br>          Plaintiff(s),<br><br>     v.<br><br>A–CHECK AMERICA, INC. , et al.<br><br><br>          Defendant(s). | CASE NO:<br>2:12–cv–07960–MMM–AGR<br><br><br>ORDER DISMISSING CIVIL ACTION |

THE COURT having been advised by counsel that the above–entitled action has been settled;

IT IS THEREFORE ORDERED that this action is hereby dismissed without costs and without prejudice to the right, upon good cause shown within **30 days**, to re–open the action if settlement is not consummated.  This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

**IT IS SO ORDERED.**

Dated: August 29, 2013

*Margaret M. Morrow*

———————————————————
Margaret M. Morrow
United States District Judge

–1–